[No. 30409-1-II.  Division Two.  September 21, 2004.]

*In the Matter of the Marriage of* JASON PATRICK MILES, *Respondent*, and MELANIE DEE MILES, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 01-3-00361-2, Diane M. Woolard, J., entered May 13, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan, A.C.J., and Van Deren, J.

[No. 30556-9-II.  Division Two.  September 21, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN WAYNE HACKNEY, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 03-1-00015-1, F. Mark McCauley and David E. Foscue, JJ., entered June 16, 2003. *Reversed* by unpublished opinion per Van Deren, J., concurred in by Morgan, A.C.J., and Hunt, J.

[No. 30831-2-II.  Division Two.  September 21, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHAN RAY BIALKOSKI, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 03-8-00231-1, Tamara Darst, J. Pro Tem., entered July 31, 2003. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J.

[No. 30877-1-II.  Division Two.  September 21, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN A. PETERS, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 03-1-00239-9, James B. Sawyer II, J., entered September 11, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Van Deren, JJ.